1

2

3

4

5

6          UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
7                   AT SEATTLE

8   UNITED STATES OF AMERICA

9                           Plaintiff,        Case No. MJ12-628

10          v.                                **DETENTION ORDER**

11   JUAN CORONA-NORIEGA,

12                          Defendant.

13   Offense charged:

14          Possession with intent to distribute heroin.

15   Date of Detention Hearing:  December 3, 2012.

16          The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

17   and based upon the factual findings and statement of reasons for detention hereafter set forth,

18   finds that no condition or combination of conditions which the defendant can meet will

19   reasonably assure the appearance of the defendant as required and the safety of any other person

20   and the community.

21          **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

22          Defendant is charged with an offense that carries a presumption of detention.  He has

23   failed to overcome that presumption.  He is a citizen of another country and the Court has

DETENTION ORDER - 1

1   received no information about his residence or ties to the community.  He has a criminal history

2   and an active warrant for his arrest for his failure to appear in another pending matter.

3          It is therefore **ORDERED**:

4          (1)     Defendant shall be detained pending trial and committed to the custody of the

5   Attorney General for confinement in a correctional facility separate, to the extent practicable,

6   from persons awaiting or serving sentences, or being held in custody pending appeal;

7          (2)     Defendant shall be afforded reasonable opportunity for private consultation with

8   counsel;

9          (3)     On order of a court of the United States or on request of an attorney for the

10   Government, the person in charge of the correctional facility in which Defendant is confined

11   shall deliver the defendant to a United States Marshal for the purpose of an appearance in

12   connection with a court proceeding; and

13          (4)     The Clerk shall direct copies of this order to counsel for the United States, to

14   counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

15   Officer.

16          DATED this 3rd day of December, 2012.

17

18

          BRIAN A. TSUCHIDA
19          United States Magistrate Judge

20

21

22

23

DETENTION ORDER - 2